DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED '09 APR 01 09:14 USDC-ORP

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

Tony Taylor

        **Plaintiff,**

vs.                                                                        Civil No. 08-cv-00318-MO

**Commissioner of Social Security**

        **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of $6.15, costs in the amount of $9.60, and attorney's fees in the amount of $3638.79, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney

Done this 31 day of March, 2009.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**